# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Maloni Jaleeya Young, ) | Case No. 1:24-cr-022 |
| ) | |
| Defendant. ) | |

On February 26, 2024, the undersigned issued an order setting conditions of release for Maloni Jaleeya Young ("Young"). (Doc. No. 50). One of the conditions required Young to surrender her passport or other foreign travel document(s) to the Clerk of District Court. (<u>Id.</u>). Young surrendered her passport to Clerk of District Court as directed.

On motion by the United States, the Court issued an order on January 21, 2025, dismissing Young's charges. (Doc. No. 89). As the charges against Young have been dismissed, the Clerk of District Court shall return the passport to Defendant.

**IT IS SO ORDERED.**

Dated this 15th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
